> **Application Granted**
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: December 14, 2023
> The pre-settlement conference scheduled for December 20, 2023 is **rescheduled for Monday, January 9, 2024, at 10:00 a.m.** The dial-in information remains the same. The Clerk of Court is directed to terminate the motions at ECF Nos. 67 and 69.



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JACQUELYN DAINOW**<br>Phone: (212) 356-0896<br>Fax: (212) 356-1148<br>Email: jadainow@law.nyc.gov |

December 12, 2023

**VIA ECF**
Honorable Valerie Figueredo
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Jackson, et al. v. City of New York, et al.*, 22-CV-2208 (CM)(VF)

Dear Judge Figueredo:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants, City of New York, New York City Health and Hospitals Corporation, Mackeisha Weekes, Troy Smith, Stella Bethea, and Clifton Mignott, Jr. ("City Defendants") in the above-captioned action, which concerns the death of an inmate in the custody of the Department of Correction ("DOC").

  I am writing to request a brief adjournment of the parties' pre-settlement telephone conference, presently scheduled for December 20, 2023, due to the fact that I have two depositions already scheduled for that day. I have conferred with Plaintiff's counsel and counsel for co-Defendant Sampson Fadipe, and the parties all would be available in the afternoon on either December 14, 2023, December 15, 2023, or December 19, 2023 in the event the Court is amenable. Your Honor previously granted Plaintiff's counsel prior request, on consent of all parties, for an adjournment of this conference which was originally scheduled for December 7, 2023 (ECF No. 68).

  We thank the Court for its consideration.

                Respectfully submitted,

                s/ *Jacquelyn Dainow*
                Jacquelyn Dainow
                Assistant Corporation Counsel

cc:  All counsel of record (via ECF)